IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ANDREAS ENTERPRISES, LLC, d/b/a ANDREAS PETROLEUM, <br><br>Plaintiff, <br><br>vs. <br><br>GENERAL STAR INDEMNITY COMPANY and JOHN DOES 1-5, <br><br>Defendants | CV-21-07-BU-BMM-JTJ <br><br><br>**ORDER** |

Defendant General Star Indemnity (Defendant) has moved for an order allowing Mary E. Weaver, Esq., and Cara Tseng Duffield, Esq. to appear *pro hac vice* in this case with Susan Miltko, Esq., designated as local counsel. The applications of Ms. Weaver and Ms. Duffield appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant's motions to allow Ms. Weaver and Ms. Duffield to appear on its behalf (Docs. 7 and 8) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Ms. Weaver and Ms. Duffield must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. Weaver and Ms. Duffield

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 19th day of April, 2021.

John Johnston
United States Magistrate Judge