# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| ANDREAS ENTERPRISES, LLC, d/b/a ANDREAS PETROLEUM,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL STAR INDEMNITY COMPANY and JOHN DOES 1-5,<br><br>Defendants. | CV 21-07-BU-BMM-JTJ<br><br>ORDER STAYING CASE PENDING MEDIATION |

Based on the parties' October 26, 2021 Joint Motion to Stay Case Pending Mediation, and good cause shown,

IT IS HEREBY ORDERED that this matter is stayed pending the parties' efforts to convene a settlement mediation. A joint status report is due on or before March 18, 2022.

Dated this 1st day of December, 2021

_____
John Johnston
United States Magistrate Judge