UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ANDREAS ENTERPRISES, LLC, d/b/a/ ANDREAS PETROLEUM, and LEE ANDREAS,<br><br>Plaintiffs,<br><br>v.<br><br>BEEHIVE INSURANCE AGENCY, INC., GENERAL STAR INDEMNITY COMPANY, CRC INSURANCE SERVICES, INC., d/b/a/ CRC Group, and JOHN DOES 3-8,<br><br>Defendants | Cause No. CV 21-07-BU-BMM<br><br><br>**ORDER** |

CRC Insurance Services, Inc. d/b/a CRC Group n/k/a CRC Insurance Services, LLC ("CRC") has moved for authorization for co-counsel Nicole C. Wixted, Jessica L. Gallagher, and J. Louise Bonner, upon their admittance to represent CRC in this matter *pro hac vice*,[1] to attend the May 18, 2023 hearing on its pending motion to dismiss (Dkt. 70) remotely using video-conferencing. The motion is unopposed. Good cause being apparent,

---

[1] Nicole Wixted, Jessica L. Gallagher, and J. Louise Bonner have submitted their respective motions for admission *pro hac vice* concurrently with this motion to appear remotely via video-conferencing.

IT IS HEREBY ORDERED that the motion is GRANTED. CRC's local counsel Patrick M. Sullivan shall arrange with the Clerk's office for Zoom link.

DATED this 3rd day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court