IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ANDREAS ENTERPRISES, LLC, d/b/a/ ANDREAS PETROLEUM, and LEE ANDREAS, Plaintiffs, v. BEEHIVE INSURANCE AGENCY, INC., GENERAL STAR INDEMNITY COMPANY, CRC INSURANCE SERVICES, INC., d/b/a/ CRC Group, and JOHN DOES 3-8, Defendants | CV-21-07-BU-BMM **ORDER** |

Defendant, CRC Insurance Services, Inc. (CRC) has moved for an order allowing Jessica L. Gallagher, Esq., J. Louise Bonnner, Esq. and Nicole C. Wixted, Esq. to appear *pro hac vice* in this case with Patrick Sullivan, Esq., designated as local counsel. (Docs. 80, 81 and 82.) The applications of Ms. Gallagher, Ms. Bonner and Mr. Wixted, appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

CRC's motions to allow Ms. Gallagher, Ms. Bonner and Mr. Wixted to appear on its behalf (Docs. 80, 81 and 82) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Ms. Gallagher, Ms. Bonner and Mr. Wixted must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to Ms. Gallagher, Ms. Bonner and Mr. Wixted, not the law firm they work for.

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 8th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court