# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| ANDREAS ENTERPRISES, LLC, d/b/a/ ANDREAS PETROLEUM, and LEE ANDREAS,<br><br>Plaintiffs,<br><br>v.<br><br>BEEHIVE INSURANCE AGENCY, INC., GENERAL STAR INDEMNITY COMPANY, CRC INSURANCE SERVICES, INC., d/b/a/ CRC Group, and JOHN DOES 3-8,<br><br>Defendants. | Cause No. 2:21-cv-00007-BMM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Upon the Parties' Joint Motion to Dismiss and good cause appearing, it is HEREBY ORDERED that this action is dismissed with prejudice with each party to bear its respective fees and costs.

DATED this 16th day of July, 2024.

*Brian Morris* (signature)

Brian Morris, Chief District Judge
United States District Court